UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

                                         Case No. 23-10805-MEW

HIGHPOINT ASSOCIATES XV, LLC

                                         Chapter 11

                      Debtor.
---------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF 341 MEETING OF CREDITORS FROM JUNE 23, 2023 AT 2:00 P.M. TO JULY 12, 2023, AT 2:00 PM

**PLEASE TAKE NOTICE** that the 341 Meeting of Creditors previously scheduled for June 23, 2023, at 2:00 P.M. has been adjourned with consent of the US Trustee's office to **July 12, at 2:00 P.M.**.

| | |
|---|---|
| Dated:  Harrison, New York<br>          June 22, 2023 | BRONSON LAW OFFICES, P.C.<br>By:  */s/H. Bruce Bronson*<br>H. Bruce Bronson, Esq.<br>*Proposed Counsel for the Debtor*<br>480 Mamaroneck Avenue<br>Harrison, New York 10528<br>Telephone: (877) 385-7793<br>Fax: (888) 908-6906 |