# Exhibit G

**315 East 56th Street**
**Sales 9/17/21-7/31/23**

| Ref | Apt | Shareholder | Shares | Size | Purchase Date | Purchase Price | PP Per Share |
|---|---|---|---|---|---|---|---|
| 315-052-CU | 1E | LO, SAMUEL S | 443 | 1BR | 09/17/2021 | $ 480,000.00 | 1,083.52 |
| 315-060-CU | 5E | ISAOBAREGON, SHAUKY MUSA | 471 | 1BR | 02/23/2022 | $ 530,000.00 | 1,125.27 |
| 315-010-CU | 4A | RISING PROPERTIES LLC (HUS) | 476 | 1BR | 03/17/2022 | $ 450,000.00 | 945.38 |
| 315-036-CU | 5C | 315 EAST 56 5C LLC | 458 | 1BR | 05/04/2022 | $ 540,000.00 | 1,179.04 |
| 315-070-CU | 4F | YOUNG, REX KY | 434 | 1BR | 06/29/2022 | $ 500,000.00 | 1,152.07 |
| 315-074-CU | 6F | PEPAJ, NDOK | 440 | 1BR | 08/10/2022 | $ 510,000.00 | 1,159.09 |
| 315-090-CU | 2H | 56 ELEMENT CORP | 443 | 1BR | 08/29/2022 | $ 535,000.00 | 1,207.67 |
| 315-098-CU | 6H | ZOOLANDER REAL ESTATE PURCHASI | 455 | 1BR | 09/09/2022 | $ 510,000.00 | 1,120.88 |
| 315-014-CU | 6A | MULLIN, CHRISTOPHER | 482 | 1BR | 11/01/2022 | $ 525,000.00 | 1,089.21 |
| 315-002-CU | GRA | CARDINAL, SUSAN | 428 | 2BR | 12/20/2022 | $ 600,000.00 | 1,401.87 |
| 315-106-CU | 5J | LAFEX, TARA | 300 | STU | 01/26/2023 | $ 345,000.00 | 1,150.00 |
|  |  |  | 4,830 |  |  | $ 5,525,000.00 |  |

| Ref | Apt | Shareholder | Shares | Size | Status | Approx Value-Assume $1,100 PS-Less Poor- Less RR | | Brokerage Rough Estimate based on market comps |
|---|---|---|---|---|---|---|---|---|
| 315-004-CU | 1A | Highpoint Associates XV, LLC | 451 | 1BR | DE-Good | $ 496,100.00 | 1,100.00 | 450,000.00 |
| 315-008-CU | 3A | Highpoint Associates XV, LLC | 473 | 1BR | DE-Poor | $ 395,300.00 | 835.73 | 370,000.00 |
| 315-012-CU | 5A | Highpoint Associates XV, LLC | 479 | 1BR | DE-Good | $ 526,900.00 | 1,100.00 | 475,000.00 |
| 315-020-CU | 3B | Highpoint Associates XV, LLC | 615 | 2BR | DE-Good | $ 676,500.00 | 1,100.00 | 630,000.00 |
| 315-024-CU | 5B | Highpoint Associates XV, LLC | 623 | 2BR | DE-Good | $ 685,300.00 | 1,100.00 | 640,000.00 |
| 315-026-CU | 6B | Highpoint Associates XV, LLC | 627 | 2BR | DE-Good | $ 689,700.00 | 1,100.00 | 650,000.00 |
| 315-034-CU | 4C | Highpoint Associates XV, LLC | 455 | 1BR | DE-Good | $ 500,500.00 | 1,100.00 | 480,000.00 |
| 315-038-CU | 6C | Highpoint Associates XV, LLC | 461 | 1BR | DE-Good | $ 507,100.00 | 1,100.00 | 500,000.00 |
| 315-050-CU | 6D | Highpoint Associates XV, LLC | 312 | STU | DE-Good | $ 343,200.00 | 1,100.00 | 319,000.00 |
| 315-058-CU | 4E | Highpoint Associates XV, LLC | 468 | 1BR | DE-Good | $ 514,800.00 | 1,100.00 | 500,000.00 |
| 315-072-CU | 5F | Highpoint Associates XV, LLC | 437 | 1BR | DE-Good | $ 480,700.00 | 1,100.00 | 500,000.00 |
| 315-078-CU | 2G | Highpoint Associates XV, LLC | 470 | 1BR | RR-Poor | $ 258,500.00 | 550.00 | 125,000.00 |
| 315-080-CU | 3G | Highpoint Associates XV, LLC | 473 | 1BR | Unknown | $ 520,300.00 | 1,100.00 | 475,000.00 |
| 315-082-CU | 4G | Highpoint Associates XV, LLC | 476 | 1BR | RR-Poor | $ 261,800.00 | 550.00 | 115,000.00 |
| 315-096-CU | 5H | Highpoint Associates XV, LLC | 452 | 1BR | DE-Poor | $ 372,200.00 | 823.45 | 370,000.00 |
| 315-108-CU | 6J | Highpoint Associates XV, LLC | 302 | STU | DE-Poor | $ 272,200.00 | 901.32 | 275,000.00 |
|  |  |  |  |  |  | $ 7,501,100.00 |  | 6,874,000.00 |

Adjusted RR to $550 per share
Adjusted 1BR poor by $125,000
Adjusted Studio poor by $60,000